SCANNED t MWCT
and Emailed
12/15/2020 ST 3 pages
date   initials  No

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEZLYN MENDEZ                           NO: 3:19cv2001 (JAM)

v.

PETER WITHERSPOON, ET AL.               DECEMBER 7, 2020

### PLAINTIFFS' MOTION FOR ENTRY FOR DEFAULT AND DECLARATION

**KEZLYN MENDEZ HEREBY DECLARES:**
I am the plaintiff, herein. The complaint was filed on December 23, 2019.

The court files and record herein will show that the defendants were served by the united states marshal with a copy of summons, and a copy of the complaint on June 12, 2020.

Moreso the Plaintiff did receive an answer to the complaint on August 31, 2020, ( Affirmative Defense ) Docket #22. Interrogatories, Admissions, and Production of Documents, were sent to the defense counsel on September 14, 2020, the window for Discovery deadline was October 20,2020. On October 13,2020, the defense filed a motion foe extension of time until November 14, 2020, and when that deadline came close to the defense filed another motion the second one requested that the defense be given until November 30,2020, and that would be enough time to complete all the requested documents and send them to the plaintiff.

The defense have failed to comply with the Rules of the Federal Rules of Civil Procedure of Discovery in all of it's aspects as it has been written the Plaintiff, only received two of the defendants requested Interrigatories, Admissions, and Production of Documents, and those defenats were Glover and Potts, none of the other defendants requested material has been forwared to the Plaintiff, as requested respectfully and the defense has had two requested extensions of time to complete the requested material and forward it to the Plaintiff in a timely manner but did not do so, and the Docket will show that the defense had additional time given to them by the honorable judge Jefferey A. Meyer. ordered in the intial Review order due to the Covid-19 situation and still did not meet the respected time frame of Discovery.

The Plaintiff, respectfully request that this Honorable court enter into Default defense for not complying with Discovery in a respectable and timely manner in it's entirety as requested by the Plaintiff, according to the Federal Rules of Civil Procedure, the defense is in violation of rules 26. (a) (1)

(2) and (3), alsorule 33. (B) (2) (B) (4) (a) (1) rule 36. (A) (1) (3) and (4). moreso the defense failed to make full Disclosure and cooperate with discovery as outlined in Rule 37. (B) (B) (4) also under (D) (1) (A) (2) (B) (2). clearly ther has been a violation on the defense behalf and they should be held responsible just as it states in the Federal Rules of Civil Procedures.

In all due respect to this Honorable court and to Honorable Judge Jeffery A. Meyer. the Plaintiff, respectfully request that the defense held accountable for thire action for not cooperating with Discovery by Entering the Defense into Default.

                              RESPECTFULLY SUBMITTED

                                    Pro Se, Plaintiff
                                    KEZLYN MENDEZ #329751

                                    DATED: DECEMBER 7, 2020


### CERTIFCATION

       Ihereby certify that a copy of the foregoing was mailed to the defense attorney Robert B. Fiske, on December 10, 2020:

Robert B. Fiske
Assistant Attoney General
110 Sharman Street
Hartford, CT 06105

                                    KEZLYN MENDEZ #329751
                                         Pro Se, Plaintiff

LETTER HEAD NOTICE TO COURT CLERK

DUE TO MY FACILITY BEING A HOT SPOT FOR COVID-19 OUT GOING MAIL WAS BEING HELD TO SLOW THE POSSIBLE SPREAD OF COVID TO OTHERS THAT BEING SO COUNSELORS HAVE ALSO NOT BEEN TAKING ANY LEGAL MAIL FROM PRISONERS FOR E-FILING AND THAT IS WHY THIS MOTION IS BEING FILED NOW. ALL DEADLINES HAVE ENDED FOR DISCOVERY AND SUMMARY JUDGMENT AS OF NOVEMBER 30,2020, FOR DISCOVERY AND SUMMARY JUDGMENT ON DECEMBER4, 2020. THANK YOU FOR UNDERSTANDING THIS VERY DIFFICULT SITAUTION FOR ALL OF US WITH E-FILING AND DOCUMENT WITH THE COURTS JUST AS IT IS FOR ALL OF YOU WORKING DURING THIS THIS TIME AS WELL.

SINCERELY,

KEZLYN MENDEZ# 329751
DECEMBER 7, 2020